NUMBER 13-09-00084-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________

 

FRIZO VALERO, Appellant,


v.



THE STATE OF TEXAS, Appellee.

____________________________________________________________


On appeal from the 404th District Court


of Cameron County, Texas.


____________________________________________________________


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Garza and Vela


Memorandum Opinion Per Curiam



 This case is before the Court on the State's motion to dismiss the appeal for want
of jurisdiction. Appellant's notice of appeal states that appellant's "'appeal' in this context
on these facts means an application to such an original proceeding seeking a writ of
prohibition with respect to this Court's order of January 29, 2009...." Appellant has also
filed an original proceeding in this Court seeking a writ of prohibition. The State maintains
that appellant's notice of appeal does not invoke this Court's appellate jurisdiction over the
matter and that appellant has acknowledged in his petition for writ of prohibition that he
does not have the right to appeal the order complained of. 

 Appellant has responded to the State's motion to dismiss for want of jurisdiction
conceding the State's motion to dismiss while contesting the accuracy of some of the
statements and law set forth in the motion. Appellant acknowledges that this Court does
not have appellate jurisdiction over this matter. Accordingly, the State's motion to dismiss
is GRANTED and the appeal is hereby DISMISSED FOR WANT OF JURISDICTION. See
Tex. R. App. P. 42.3(a).


 PER CURIAM


Do not publish. 

See Tex. R. App. P. 47.2(b). 

Memorandum Opinion delivered and

filed this 23rd day of April, 2009.